UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BRANDON THOMAS, : | Case No. 1:20-cv-153 |
| : | |
| Petitioner, : | Judge Timothy S. Black |
| : | Magistrate Judge Karen L. Litkovitz |
| vs. : | |
| : | |
| WARDEN, LEBANON : | |
| CORRECTIONAL INSTITUTION, : | |
| : | |
| Respondent. : | |

DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 3) AND
TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on April 1, 2020, submitted a Report and Recommendation.  (Doc. 3).  No objections were filed

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that the Report and Recommendation (Doc. 3) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Petitioner's case is **DISMISSED** for lack of prosecution.

2) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date:  7/21/2020                                         *s/Timothy S. Black*
                                                                      Timothy S. Black
                                                                      United States District Judge